CITY OF HUNTINGTON *v.* FISHER.

[No. 27,649.   Filed February 4, 1942.]

*Mart J. O'Malley,* of Huntington (*Lawrence E. Carlson,* of Huntington, of counsel), for appellant.

*Milo Feightner, Lee M. Bowers,* and *Arthur J. Palmer,* all of Huntington, for appellee.

PER CURIAM.—On the authority of *Burroughs Adding Mach. Co.* v. *Dehn* (1942), 219 Ind. 350, 38 N. E. (2d) 569, this case is ordered remanded to the Appellate Court of Indiana.

NOTE.—Reported in 39 N. E. (2d) 139.

STATE EX REL. WATKINS *v.* MURRAY, JUDGE.

[No. 27,716.   Filed April 22, 1942.]

*William Watkins,* pro se.

PER CURIAM.—This is an original action seeking a writ of mandate.   The questions presented are. the same as in *State ex rel. John Sawa* v. *Criminal Court of Lake County* (1942), *ante* p. 4, 40 N. E. (2d) 971, and, upon authority of that case, the petition is denied.

NOTE.—Reported in 41 N. E. (2d) 133.